UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ALEMAN-GONZALEZ, | No. 2:26-cv-1772 AC P |
| Petitioner, | |
| v. | ORDER |
| MACOMBER, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

/////

1

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: May 19, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2